1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANTHONY JOSEPH TORRES,          )     NO. CV 06-05503 AG (SS)
                                      )
12                  Petitioner,       )     **ORDER ADOPTING FINDINGS,**
                                      )     **CONCLUSIONS AND RECOMMENDATIONS**
13           v.                       )     **OF UNITED STATES MAGISTRATE JUDGE**
                                      )
14   VICTOR ALMAGER, Warden,          )
                                      )
15                  Respondent.       )
     ─────────────────────────────────)

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19   all of the records herein, the Magistrate Judge's Report and

20   Recommendation, and Petitioner's Objections.   After having made a <u>de</u>

21   <u>novo</u> determination of the portions of the Report and Recommendation to

22   which Objections were directed, the Court concurs with and adopts the

     findings and conclusions of the Magistrate Judge.

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

28

Accordingly, IT IS ORDERED THAT:


1.  The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.


2.  The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.


Dated: August 23, 2008.                          /S/

                                          _____
                                          ANDREW J. GUILFORD
                                          UNITED STATES DISTRICT JUDGE