**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY JOSEPH TORRES, | ) | NO. CV 06-05503 AG (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| VICTOR ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 8/23/08

/S/

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE